In the Matter of the Arbitration between CENTRAL MUTUAL INSURANCE COMPANY, Respondent, and BEVERLY BEMISS, Appellant.

Submitted May 4, 2009; decided May 7, 2009

Motion by Defense Association of New York, Inc. for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed.

In the Matter of DAMIEN P.C., Respondent, v JENNIFER H.S., Appellant.

Decided May 7, 2009

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.

WARREN S. DANK, Appellant, v SEARS HOLDING MANAGEMENT CORPORATION et al., Respondents.

Submitted March 16, 2009; decided May 7, 2009

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.